## WESTERN DISTRICT OF LOUISIANA

**IN RE: MICHAEL L. & GLADYS JOHNS**          **CASE NO.: 05-21850-LC-13**

---

### TRANSMITTAL AND DEPOSIT OF
### UNCLAIMED FUNDS

Now into Court, comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who reports

the following:

1.

That pursuant to Code Section 347(a) ninety days or more has passed since final

distribution was made under 11 U.S.C. in certain cases, and pursuant to Rule 3011, the name of

the persons whom such unnegotiated distribution checks were issued, the amount of the check

and the creditor's last known address is as follows:

**WORLD FINANCIAL
809 S. HUNTINGTON STREET
SULPHUR, LA 70663**

2.

Your Trustee's check for $____125.49____ payable to the Clerk, U.S. Bankruptcy Court, has

been mailed.

Respectfully submitted this _____23RD_____ day of _____/FEBRUARY_____, 2010.

KEITH A. RODRIGUEZ
STANDING TRUSTEE CHAPTER 13
P.O. BOX 3445
LAFAYETTE, LA 70502
(337) 233-4413